UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILLIE JACKSON,

Plaintiff,

v.

BRIAN WILLIAMS,

Defendant.

Case No.: 2:26-cv-02198-RFB-EJY

**ORDER**

(ECF No. 1)

On July 21, 2026, pro se plaintiff Willie Jackson, an inmate in the custody of the Nevada Department of Corrections, submitted an application to proceed *in forma pauperis*. ECF No. 1. Unfortunately, Plaintiff did not file a complaint. The Court orders Plaintiff to file a signed complaint detailing the allegations of any potential claims.

## I. DISCUSSION

"A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P. 3. "A civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." LSR 2-1. And the complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

## II. CONCLUSION

Accordingly, IT IS ORDERED that, no later than **August 24, 2026**, Plaintiff must submit a signed complaint to this Court.

IT IS FURTHER ORDERED that the Clerk of the Court **must** send Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint together with the instructions for doing the same.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint.

DATED: this 23rd day of July 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE